**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **MAGNOLIA TRACE APTS, LLC** | **CASE NO. 24-10901** |
| *Debtor* | **CHAPTER 11** |

**RULE 1007(A)(1) CORPORATE OWNERSHIP STATEMENT**

**NOW INTO COURT,** comes Magnolia Trace Apts, LLC (the "Debtor"), the debtor in the Chapter 11 proceeding referenced above, through undersigned counsel for the Debtor, who submits this statement in compliance with Fed. R. Bankr. P. 1007(a)(1), and to report the following entities own 10% or more of the Debtor's equity interests:

- N/A

Respectfully submitted;

Date:  October 16, 2024

By: s/ Barbara B. Parsons
William E. Steffes (#12426)
Barbara B. Parsons (#28714)
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Building 3
Baton Rouge, Louisiana  70817
Telephone:  (225) 751-1751
Facsimile:  (225) 341-1241
E-mail:  bsteffes@steffeslaw.com
E-mail:  bparsons@steffeslaw.com

*Proposed Counsel for Debtor*