# THE STEFFES FIRM, LLC

**ATTORNEYS-AT-LAW**

13702 COURSEY BLVD., BUILDING 3
BATON ROUGE, LOUISIANA  70817
TELEPHONE: (225) 751-1751
FACSIMILE: (225) 341-1241

E-mail:  bsteffes@steffeslaw.com

October 15, 2024

*via E-mail only to:*  cwalker @lippes.com

Manager
Magnolia Trace Apts LLC
C/O Christopher Walker, Esq.
Lippes Mathias, Attorneys at Law
10151 Deerwood Park Blvd.
Building 300, Suite 300
Jacksonville FL 32256

Re:   Magnolia Trace Apts LLC
      Steffes File No. 24-039.1

Dear Sir or Madam:

We are pleased that you have decided to engage this firm's services as special insolvency counsel to represent Magnolia Trace Apts LLC ("Magnolia Trace") in connection with the filing of a voluntary Chapter 11 bankruptcy case as a result of a pending foreclosure on its property (the "Foreclosure") by Copper and Magnolia Property Owner LLC which is currently set for October 16th.  The Code of Professional Responsibility, applicable in Louisiana and virtually all other states, suggests that attorneys should enter into written agreements with their clients delineating the nature and scope of the representation and arrangements relating to the payment of fees.  Although we have previously discussed this representation in some detail, this letter is intended to comply with that ethical responsibility and also to make sure that you and we both understand our mutual responsibilities in connection with our representation.

**I.  SCOPE OF REPRESENTATION AND FEE ARRANGEMENT:**

We are being engaged for the limited purpose of immediately Commencing a Chapter 11 case for Magnolia Trace and presumably continuing to represent it after filing a debtor in possession in the Chapter 11 case. We are NOT engaged to respond to or otherwise make any appearance in the Foreclosure case.  We will perform services in connection with our representation at the hourly rates shown on the rate table attached to this letter.  We bill for services in minimum increments of six (6) minutes; it is our firm's practice to keep detailed contemporaneous records of time spent in the course of representation.  Magnolia Trace will also

Magnolia Trace Apts LLC
Mr. Christoper Walker
October 15, 2024
Page 2 of 4

be billed for all direct, allocable expenses incurred in the course of our representation, including but not limited to, actual long distance telephone charges, copy charges at $0.15 per copy, court costs, deposition costs, express mail charges, courier costs, and other similar expenses. Magnolia Trace will not be billed for overhead items such as secretarial time, word processing time, and things of that nature. The hourly rates quoted below are those currently in effect. Although no change in these rates is currently planned, if we raise the overall rates being charged during the course of our representation, the rates charged in Magnolia Trace's case will be increased accordingly.

We have requested an *initial* retainer in the amount of $26,738.00 to cover fees and the initial Chapter 11 filing fee of $1738.00. Wiring instructions for our Trust Account are attached. Once Chapter 11 is commenced, we will periodically draw down on the retainer as allowances of fees and expenses are approved by the Bankruptcy Court. As such, we may periodically request that you replenish the retainer based upon approved fee applications and anticipated expenses. Any balance of the retainer not earned by us at the conclusion of our representation will be promptly refunded. Likewise, any balance not covered by the initial retainer will need to be paid promptly after allowance by the Court.

All of our attorneys are available to assist you during the course of our representation. Although I am primarily responsible for the case, to the extent possible, I will delegate work to staff with lower hourly rates as a cost saving measure to you and to permit me to spend my time on the more important facets of our representation.

**II. SUMMARY:**

We hope that this letter adequately summarizes the terms of our engagement, the fee arrangement, and the scope of our representation of Magnolia Trace. We have not made and do not make any warranties or representations concerning the success of our efforts nor can we predict a favorable outcome as to the matters undertaken. Nonetheless, we are hopeful that our services will prove to be economically beneficial to Magnolia Trace.

Termination by either you or us after a Chapter 11 petition has been filed will require Court approval. Termination either by you or by this firm will not affect any obligation to pay for legal services rendered or to reimburse the firm for costs incurred through the effective date of any such termination.

We consider all communications between members of this firm and Magnolia Trace to be privileged. We suggest you to also treat communications with this office as confidential and that you notify us if we are not to discuss any particular matter with any particular person.

If you find the description and terms of our representation as outlined above acceptable, please so indicate by signing below. However, before signing, please review it and make sure that you understand all of the consequences of such signature. We have provided an extra copy of this letter for your files. Your indication of consent below will constitute an agreement to our

Magnolia Trace Apts LLC
Mr. Christoper Walker
October 15, 2024
Page 3 of 4

representation on the terms and conditions outlined above, effective as of October 15 2024.  We look forward to representing Magnolia Trace in this matter, and if you have any questions regarding any of the terms of our representation, please feel free to contact me at your convenience.

At the conclusion of this matter, we will retain your legal files for a period of three (3) years after we close our file.  At the expiration of the 3-year period, we will destroy these files unless you notify us in writing that you wish to take possession of them.  We reserve the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files.

    Sincerely yours,

    s/ William E. Steffes

    William E. Steffes

Magnolia Trace Apts LLC
Mr. Christoper Walker
October 15, 2024
Page 4 of 4

## **ACKNOWLEDGMENT**

I have read and received a copy of the above engagement letter, understand its contents, and agree to the engagement of William E. Steffes and THE STEFFES FIRM, LLC, effective as of October 15, 2024, under the terms and conditions set forth therein.

                                              Magnolia Trace Apts LLC

DATE: October 15, 2024          By: s/ Elizabeth LaPuma

                                       Printed Name: Elizabeth LaPuma

                                       Title: Authorized Agent

## **THE STEFFES FIRM, LLC**
## **STAFF RATE TABLE**

| | |
|---|---|
| WILLIAM E. STEFFES | $500.00 per hour |
| NOEL STEFFES MELANCON | $400.00 per hour |
| BARBARA B. PARSONS | $400.00 per hour |
| PARALEGALS | $100.00 per hour |
| LAW CLERKS | $100.00 per hour |

The following attorneys have an "Of Counsel" relationship with THE STEFFES FIRM, LLC, although they are not members or employees, and may be asked to provide services in connection with this case. If so, their time and fees will appear on the monthly statements rendered to you.

| | |
|---|---|
| ARTHUR A. VINGIELLO | $450.00 per hour |
| BARRY W. MILLER | $450.00 per hour |