19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | |
|---|---|
| COPPER AND MAGNOLIA PROPERTY OWNER LLC | * NUMBER: |
| | * |
| | * DIVISION: |
| VERSUS | * |
| | * |
| COPPER RIDGE APTS LLC AND MAGNOLIA TRACE APTS LLC | * |

## ORDER

Considering the foregoing Verified Petition for Executory Process and the exhibits and authentic evidence attached thereto,

**IT IS HEREBY ORDERED AND DECREED** that executory process issue herein, and that pursuant to such order, the Clerk of Court for the Parish of East Baton Rouge, State of Louisiana, issue a Writ of Seizure and Sale directing the Sheriff of East Baton Rouge Parish, State of Louisiana to immediately, by **ACTUAL SEIZURE**, seize the following described immovable property:

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Baton Rouge, Parish of East Baton Rouge, State of Louisiana.

**Tract I:**

That parcel of land being Lots B-2-A & B-2-B shown on a "MAP SHOWING THE RESUBDIVISION OF TRACT "B-2", BEING A PORTION OF TRACT B OF THE C.C. BIRD PROPERTY, LOCATED IN SECTION 73, T7S, R1E, OF EAST BATON ROUGE PARISH, LOUISIANA INTO LOTS B-2-A, B-2-B AND B-2-C FOR CARL CLAYTON, ET AL.," by William L. Bowman, Registered Land Surveyor, dated September 30, 1971, and recorded in Original 92, Bundle 7740 of the Conveyance Records of East Baton Rouge Parish, Louisiana, being more particularly described as follows:

Commence at the intersection of the northeasterly right-of-way of Lobdell Avenue and the northerly right-of-way of Tom Drive; thence proceed N 32° 45' 10" W 1,679.03 feet (R), 1678.01 feet (M) along the northeasterly right-of-way of Lobdell Avenue to the southwest corner of Lot B-2-B being the "Point of Beginning"; thence N 32° 45' 10" W 482.73 feet (R) 482.71 feet (M) along the northeasterly right-of-way of Lobdell Avenue to a point and corner thence N 88° 11' 30" E 1,180.68 feet to a point and corner; thence S 01° 48' 30" E 414.00 feet to a point and corner; thence S 88° 11' 30" W 932.47 feet (M), 932.40 feet (R) to a point and corner being the "Point of Beginning".

**Tract II:**

5816875.v3

**EXHIBIT 4**

Commencing at the northwest corner of Section 48, Township 7 South, Range 2 East, Greensburg Land District of Louisiana, which said point is the "Point of Beginning"; thence proceed South 81°17' East a distance of 450.00 feet and corner; thence South 00°08' East a distance of 576.53 feet and corner; thence South 86°13' East a distance of 30.00 feet and corner; thence South 00°08' East a distance of 597.03 feet to a point on the North right of way line of Harrells Ferry Road and corner; thence North 86°21' West a distance of 128.43 feet; thence North 82°55' West a distance of 349.20 feet and corner; thence North 00°08 West a distance of 1,192.5 feet to the "Point of Beginning".

NOTE FOR INFORMATION: Being Parcel No. 668788 (Tract I) and 1088718 (Tract II), of the City of Baton Rouge, Parish of East Baton Rouge.

and that certain movable property described as:

(a) the real property described in Exhibit A-1 attached hereto and made a part hereof (individually and collectively, the "Copper Ridge Premises") and the real property described in Exhibit A-2 attached hereto and made a part hereof (individually and collectively, the "Magnolia Trace Premises"; and, together with the Copper Ridge Premises, collectively the "Premises");

(b) (i) all buildings, foundations, structures, fixtures, additions, enlargements, extensions, modifications, repairs, replacements and improvements of every kind or nature now or hereafter located on the Premises (collectively, the "Improvements"); and (ii) to the extent permitted by Law, the name or names, if any, as may now or hereafter be used for each Improvement, and the goodwill associated therewith;

(c) all easements, rights-of-way, strips and gores of land, vaults, streets, ways, alleys, passages, sewer rights, water, water courses, water rights and powers, ditches, ditch rights, reservoirs and reservoir rights, air rights and development rights, lateral support, drainage, gas, oil and mineral rights, tenements, hereditaments and appurtenances of any nature whatsoever, in any way belonging, relating or pertaining to the Premises or the Improvements and the reversion and reversions, remainder and remainders, whether existing or hereafter acquired, and all land lying in the bed of any street, road or avenue, opened or proposed, in front of or adjoining the Premises to the center line thereof and any and all sidewalks, drives, curbs, passageways, streets, spaces and alleys adjacent to or used in connection with the Premises and/or the Improvements and all the estates, rights, titles, interests, property, possession, claim and demand whatsoever, both in law and in equity, of Mortgagor of, in and to the Premises and Improvements, and every part and parcel thereof, with the appurtenances thereto;

(d) all machinery, equipment, fittings, apparatus, appliances, furniture, furnishings, tools, fixtures (including, but not limited to, all heating air conditioning, ventilating, waste disposal, sprinkler and fire and theft protection equipment, plumbing, lighting, communications and elevator fixtures) and other personal property and other property of every kind and nature whatsoever owned by Mortgagor, or in which Mortgagor has or shall have an interest, now or hereafter located upon, or in, and used in connection with the Premises or the Improvements, or appurtenant thereto, and all building equipment, materials and supplies of any nature whatsoever owned by Mortgagor, or in which Mortgagor has or shall have an interest, now or hereafter located upon, or in, and used in connection with the Premises or the

Improvements or appurtenant thereto, (all of the foregoing items described in this Section 3.01(d) collectively, the "Equipment"), all of which, and any replacements, modifications, alterations and additions thereto, to the extent permitted by applicable Law, shall be deemed to constitute fixtures (the "Fixtures"), and are part of the Premises and/or the Improvements and security for the payment of the Secured Obligations and the performance of Mortgagor's obligations. To the extent any portion of the Equipment is not real property or Fixtures under applicable Law, it shall be deemed to be personal property, and this Mortgage shall constitute a security agreement creating a security interest therein in favor of Mortgagee under the Uniform Commercial Code of the State;

(e) all awards or payments, including interest thereon, which may hereafter be made with respect to the Premises, the Improvements, the Fixtures, or the Equipment, whether from the exercise of the right of eminent domain (including but not limited to any transfer made in lieu of or in anticipation of the exercise of said right), or for a change of grade, or for any other injury to or decrease in the value of the Premises, the Improvements or the Equipment or refunds with respect to the payment of property taxes and assessments, and all other proceeds of the conversion, voluntary or involuntary, of the Premises, Improvements, Equipment, Fixtures or any other Property or part thereof into cash or liquidated claims;

(f) all leases, subleases, tenancies, licenses and other agreements affecting the use, enjoyment or occupancy of the Premises, the Improvements, the Fixtures, or the Equipment or any portion thereof now or hereafter entered into and all reciprocal easement agreements, license agreements, and other agreements with Tenants or occupants and fee owners of property contiguous to or surrounding the Premises (the "Leases"), whether before or after the filing by or against Mortgagor of any petition for relief under the Bankruptcy Code, together with all cash or security deposits, advance rentals and payments of similar nature and guarantees or other security held by Mortgagor in connection therewith (the "Existing Guaranties") to the extent of Mortgagor's right or interest therein and all remainders, reversions and other rights and estates appurtenant thereto, and all rents (including additional rents of any kind and percentage rents), rent equivalents, moneys payable as damages (including payments by reason of the rejection of a Lease in a bankruptcy proceeding) or in lieu of rent or rent equivalents, royalties (including, without limitation, all oil and gas or other mineral royalties and bonuses), income, receivables, receipts, revenues, deposits (including security, utility and other deposits), accounts, cash, issues, profits, charges for services rendered, and other payments and consideration of whatever form or nature received by or paid to or for the account of or benefit of Mortgagor or any of its agents or employees from any and all sources arising from or attributable to the Premises, the Improvements, the Fixtures or the Equipment, including charges for oil, gas, water, steam, heat, ventilation, air-conditioning, electricity, license fees, maintenance fees, charges for taxes, operating expenses or other amounts payable to Mortgagor (or for the account of Mortgagor), revenues from telephone services, laundry, vending, television and all receivables, customer obligations now existing or hereafter arising or created out of the sale, lease, sublease, license, concession or other grant of the right of the use and occupancy of the Premises or rendering of services by Mortgagor, Property Manager, or any of their respective agents or employees and proceeds, if any, from business interruption or other loss of income insurance (the "Rents") and all proceeds from the sale or other disposition of the Leases and the right to receive and apply the Rents and the Existing Guaranties to the payment of the Secured Obligations;

(g) all proceeds of and any unearned premiums on any insurance policies covering the Premises, the Improvements, the Fixtures, or the Equipment, including, without limitation, the right to receive and apply the proceeds of any insurance, judgments, or settlements made in lieu thereof, for damage to the Premises, the Improvements, the Fixtures or the Equipment and all refunds or rebates of Impositions, and interest paid or payable with respect thereto;

(h) all right, title and interest of every nature of Mortgagor in all monies deposited or to be deposited in any funds or accounts maintained or deposited with Mortgagee, or its assigns, in connection herewith;

(i) all Property Agreements, accounts receivable, contract rights, franchises, interests, estate or other claims, both at law and in equity, relating to the Premises, the Improvements, the Fixtures or the Equipment, not included in Rents;

(j) all claims against any Person with respect to any damage to the Premises, the Improvements, the Fixtures or Equipment including, without limitation, damage arising from any defect in or with respect to the design or construction of the Improvements, the Fixtures or the Equipment and any damage resulting therefrom;

(k) all deposits or other security or advance payments, including rental payments made by or on behalf of Mortgagor to others, with respect to (i) insurance policies, (ii) utility services, (iii) cleaning, maintenance, repair or similar services, (iv) refuse removal or sewer service, (v) parking or similar services or rights and (vi) rental of Equipment, if any, relating to or otherwise used in the operation of the Premises, Improvements, the Fixtures or Equipment;

- 3 -

5816875.v3

(l)  all intangible property relating to the Premises, the Improvements, the Fixtures or the Equipment or its operation, including, without limitation, trade names, trademarks, logos, building names and goodwill;

(m)  all advertising material, guaranties, warranties, building permits, other permits, licenses, plans and specifications, shop and working drawings, soil tests, appraisals and other documents, materials and/or personal property of any kind now or hereafter existing in or relating to the Premises, the Improvements, the Fixtures, and the Equipment;

(n)  all surveys, drawings, designs, plans and specifications prepared by the architects, engineers, interior designers, landscape designers and any other consultants or professionals for the design, development, construction, repair and/or improvement of the Property, as amended from time to time;

(o)  the right, in the name of and on behalf of Mortgagor, to appear in and defend any action or proceeding brought with respect to the Premises, the Improvements, the Fixtures or the Equipment and to commence any action or proceeding to protect the interest of Mortgagee in the Premises, the Improvements, the Fixtures or the Equipment;

(p)  any Rate Cap Agreement, interest rate swap agreements and other interest rate hedging contracts and agreements, if any (collectively, "Cap Agreements"), obtained by Mortgagor (or obtained by Mortgagee in the name of Mortgagor) pursuant to the Loan Documents or as a condition to Mortgagee's making the Loan, together with all of the following: (1) any and all moneys (collectively, "Cap Payments") payable from time to time pursuant to any Cap Agreement by the interest rate cap provider or other counterparty to a Cap Agreement, or any guarantor of the obligations of any such cap provider or counterparty ("Cap Provider"); (2) all rights of the Mortgagor under any Cap Agreement, and all rights of the Mortgagor to all Cap Payments, including contract rights and general intangibles, existing or arising after the date that this Mortgage is recorded or filed;  (3) all rights, liens and security interests or guarantees existing or following the date that this Mortgage is recorded or filed, granted by a Cap Provider or any other person to secure or guaranty payment of any Cap Payment; (4) all documents, writings, books, files, records and other documents arising from or relating to any of the items listed in items (1) through (3) above, whether existing now or created after the date this Mortgage is recorded or filed; and (5) all cash and non-cash proceeds and products of any of the foregoing listed in items (1) through (4) above;

(q)  all "accounts", "chattel paper", "general intangibles" and "investment property" (as such terms are defined in the UCC as from time to time in effect); and

(r)  all proceeds of each of the foregoing.

3.02  Assignment of Leases.  In order to further secure payment and performance of the Secured Obligations, Mortgagor absolutely, presently and unconditionally grants, assigns and transfers to Mortgagee all of Mortgagor's right, title, interest and estate in, to and under (a) all of the Leases and Existing Guaranties affecting the Property and (b) the Rents. Unless and until an Event of Default occurs, Mortgagor shall have a revocable license to collect the Rents (except as otherwise provided in this Mortgage) as and when they become due and payable.  This assignment is a present and absolute assignment and not an assignment for security purposes only, and Mortgagee's right to the Leases, Existing Guaranties and Rents and the proceeds thereof is not contingent upon, and may be exercised without possession of, the Property. During the continuance of an Event of Default, the license granted hereinabove shall be automatically revoked, and Mortgagee or a receiver appointed in accordance with this Mortgage may enter upon the Property, and collect, retain and apply the Rents toward payment of the Secured Obligations in such priority and proportions as set forth in the Loan Documents. Mortgagee shall be liable to account only for the Rents actually received by Mortgagee pursuant to any provision of any Loan Document.

(a)  all of Assignor's right, title and interest in and to any and all leases (including, without limitation, oil, gas and mineral leases), subleases, license agreements, concession agreements, lease termination agreements, and other agreements of any nature relating to the use, enjoyment or occupancy of all or any part of the Property, whether oral or written or implied by course of conduct now or hereafter affecting all or any part of the Property and any and all guarantees, extensions, renewals, replacements and modifications thereof (collectively, the "Leases"); and

- 4 -

        (b)    the immediate and continuing right to collect and receive all deposits (whether for security or otherwise), rents, issues, profits, revenues, receipts, royalties, accounts, rights, benefits and income of every nature of and from the Property, including, without limitation, license fees, concession fees, lease termination fees, minimum rents, additional rents, escalation rents, percentage rents, index rents, tax and insurance contributions and deposits, payments in respect of and/or proceeds from the sale of electricity, gas, chilled and heated water and other utilities and services, common area charges, deficiency rents, termination payments, forfeited security deposits, liquidated damages following default and all proceeds payable under any policy of insurance covering loss of rents resulting from untenantability due to destruction or damage to the Property, together with the immediate and continuing right to collect and receive the same, whether now due or hereafter becoming due, and together with all rights and claims of any kind that Assignor may have against any Tenant, lessee or licensee under the Leases or against any other occupant of the Property or any part thereof, whether accruing before or after foreclosure of the Security Instrument (collectively, the "Rents"). Without limiting the foregoing, Rents shall also include all sums paid in connection with obtaining the landlord's consent to any action taken with respect to any Lease, including any assignment or subletting or any modification of a Lease, all amounts paid pursuant to promissory notes given by Tenants in connection with loans made by landlord or its Affiliates and all claims and sums paid as damages or otherwise with respect to a rejection of a Lease in bankruptcy or for use and occupancy in a bankruptcy case.

in accordance with law, and that after advertisement, service of all notices, and the expiration of all applicable delays, to offer said property for sale, *in globo*, at public auction, for cash, **WITH APPRAISAL**, and according to law, and that after payment of all costs, all proceeds of the sale, up to the amount of the indebtedness evidenced by the Note, which, as of July 15, 2024, is the total amount of $21,968,437.38, plus interest continuing to accrue from July 15, 2024, until paid-in-full at the rate of $15,392.00 per diem, plus reasonable attorney's fees and legal expenses incurred by Copper and Magnolia Property Owner LLC in the collection thereof, with preference and priority over all other persons whomsoever.

    **IT IS FURTHER ORDERED** that Rampart/Wurth Holding, Inc. dba Rampart Multifamily Management. be appointed as keeper, without bond, in accordance with law.

    **THUS DONE AND SIGNED** on this **24** day of _____**July**_____, 2024, in East Baton Rouge, Louisiana.

                                    _/s/ Kina J. Kimble_
                          JUDGE, 19th JUDICIAL DISTRICT COURT

**PLEASE SERVE:**                      **Commissioner Kina Kimble**

**Copper Ridge Apts, LLC**
*Through its registered agent for service of process*
VCorp Agent Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA, 70816

**Magnolia Trace Apts, LLC**
*Through its registered agent for service of process*
VCorp Agent Services, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, LA, 70816

5816875.v3