19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | |
|---|---|
| COPPER AND MAGNOLIA PROPERTY OWNER LLC | * NUMBER: 750777 <br> * <br> * DIVISION: "27" |
| VERSUS | * <br> * <br> * |
| COPPER RIDGE APTS LLC AND MAGNOLIA TRACE APTS LLC | * |

## AFFIDAVIT OF PAYOFF

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

Before me, the undersigned Notary Public, personally came and appeared:

**BRETT P. FURR**

who, after being duly sworn, did depose and state as follows:

1. I am an attorney with Taylor, Porter, Brooks & Phillips, L.L.P. and counsel of record for Plaintiff, Copper and Magnolia Property Owner LLC ("CMPO").

2. As of October 16, 2024, the date of the Sheriff's Sale in this executory process action, CMPO will be owed in this matter as follows:

    Principal ..................................................................................$23,088,000.00
    Accrued Interest (through 10/16/2024) ...............................$2,722,413.86
    Exit Fee .....................................................................................$230,880.00
    Late Fees and Other Charges ...................................................$126,207.10
    Other Costs, Fees, including Attorneys' fees ..........................$76,371.98
    Less certain credits ................................................................($2,695,304.48)
    **Subtotal..................................................................................$23,548,568.46**
    Per diem interest until paid-in-full..........................................$15,392.00
    Additional Court costs, including cost for cancellation.........** (To be determined)
    Sheriff's costs and commissions...................................**(To be determined at sale)

_____
BRETT P. FURR

**SWORN TO AND SUBSCRIBED** before me, Notary Public, this 15th day of October, 2024.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CAMERON A. MURRAY
BAR ROLL # 40467
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

6003562.v1

**EXHIBIT 6**