# TAYLOR PORTER

BRETT P. FURR
*Partner*

(225) 381-0252 TELEPHONE
(225) 346-8049 FACSIMILE
brett.furr@taylorporter.com

August 8, 2024

**Via U.S. Mail and Email**
Copper Ridge Apts LLC
Magnolia Trace Apts LLC
46 Main Street, Suite 339
Monsey, New York 10952
Attention: Mark Silber
mark@rhodiumre.com

Re:   Demand to Preserve Rents at certain real property commonly known as (i) Copper Ridge and located at 2080 Lobdell Boulevard, Baton Rouge, Louisiana 70806 (the "Copper Ridge Property") and (ii) Magnolia Trace and located at 11585 Harrells Ferry Road, Baton Rouge, Louisiana 70816 (the "Magnolia Trace Property", each a "Property", and collectively, the "Properties")

Mr. Silber:

This firm represents Copper and Magnolia Property Owner, LLC ("Lender"), the holder and owner in due course of that certain promissory note dated January 11, 2022, made and executed by Copper Ridge Apts LLC and Magnolia Trace Apts LLC (collectively, "Borrower") in the original principal amount of $23,088,000.00 (the "Note") in favor of Arbor Realty SR, Inc. ("Original Lender") and its successors and assigns. The indebtedness under the Note is secured by, among other things, that certain Assignment of Leases and rents dated as of January 11, 2022 ("ALR"), currently held by Lender, pursuant to which Borrower absolutely assigned all right, interest, and title to the leases and rents from the Properties. Original Lender made a $23,088,000.00 loan to Borrower (the "Loan") pursuant to that certain Loan Agreement dated as of January 11, 2022 (the "Loan Agreement"), as evidenced by, among other things, the Note.

As you aware, Borrower has triggered multiple Events of Default under the Loan Agreement. As a result of these Events of Default, we write to remind you of the following critical points regarding the management and collection of rents from the Properties:

1. Lender is the legal owner of all rights, title, and interest to the leases and rents from the Properties;

2. Borrower's license to collect rents from the Properties has been revoked;

**EXHIBIT 22**

August 8, 2024
Page 2

3. Borrower is required to preserve and account for any rents received from tenants of the Properties. These rents are not to be dissipated or used for any purpose other than those strictly authorized by Lender.

We expect your immediate compliance with these demands. Failure to comply with these requirements may result in further legal action to enforce Lender's rights.

Sincerely,

Brett P. Furr

BPF:cam