**Fill in this information to identify the case:**

Debtor name: **Magnolia Trace Apts, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**

Case number (if known): **24-10901**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    **Amended Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2024**    X **/s/ Elizabeth LaPuma**
Signature of individual signing on behalf of debtor

**Elizabeth LaPuma**
Printed name

**Authorized Agent**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Magnolia Trace Apts, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**
Case number (if known): **24-10901**

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Syms Construction, LLC<br>c/o Kenneth R. Whittle<br>Milling Benson, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471 | | | Disputed | | | $955,872.36 |
| Chadwell Supply, Inc.<br>4907 Joanne Kearney Blvd.<br>Tampa, FL 33619 | | | Disputed | | | $66,657.19 |
| Ideal Appliance Parts, Inc.<br>10569 Florida Blvd.<br>Baton Rouge, LA 70815 | | | Disputed | | | $13,318.00 |
| Durasteam, LLC<br>11920 Industriplex Blvd.<br>Baton Rouge, LA 70809 | | | Disputed | | | $11,483.35 |
| AOG Living<br>2051 Greenhouse Rd., Ste. 300<br>Houston, TX 77084 | | | Disputed | | | $8,610.00 |
| KNB Mechanical, LLC<br>1840 Monterrey Blvd.<br>Baton Rouge, LA 70815 | | | Disputed | | | $5,565.67 |
| Intersolutions, LLC<br>P.O. Box 780257<br>Philadelphia, PA 19178 | | | Disputed | | | $5,292.64 |

| Debtor | **Magnolia Trace Apts, LLC** | Case number *(if known)* | **24-10901** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GS Supply, LLC**<br>4401 Downman Rd., Ste. A<br>New Orleans, LA 70126 | | | **Disputed** | | | $5,153.05 |
| **Baton Rouge Water**<br>P.O. Box 96025<br>Baton Rouge, LA 70896-6025 | | **Utilities** | | | | $4,449.49 |
| **Mullin Landscape Associates, LLC**<br>c/o Christopher K. LeMieux<br>1100 Poydras St., Ste. 1100<br>New Orleans, LA 70163 | | **Landscape Services** | **Disputed** | | | $4,134.00 |
| **Expert Plumbing and Drain Services**<br>20075 Jenny Holder Ln.<br>Livingston, LA 70754 | | | | | | $3,005.51 |
| **Waste Management of Baton Rouge**<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | | | | | | $2,565.84 |
| **Tiger Carpet Steamers**<br>20605 Benton Ln.<br>Livingston, LA 70754 | | | **Disputed** | | | $2,495.00 |
| **Redcap Staffing**<br>PO Box 7850<br>Gainesville, GA 30504 | | | **Disputed** | | | $1,800.67 |
| **Surface Works dba Surface Connection**<br>201 Rue Beauregard, Ste. 202<br>Lafayette, LA 70508 | | | **Disputed** | | | $760.00 |
| **HD Supply Facilities Maintenance**<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | | | | | $717.07 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

| Debtor | Magnolia Trace Apts, LLC | | Case number *(if known)* | 24-10901 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Parish of East Baton Rouge**<br>**Sid J. Gautreaux, III**<br>**Sheriff and Tax Collector**<br>**P.O. Box 70**<br>**Baton Rouge, LA 70821** | | | **Disputed** | | | **Unknown** |
| **Woodale Glass Company**<br>**606 Carver Dr.**<br>**New Roads, LA 70760** | | | **Disputed** | | | **$617.10** |
| **Rampart / Wurth Holding, Inc.**<br>**1700 City Farm Dr.**<br>**Baton Rouge, LA 70806** | | | | | | **$108.24** |