**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **MAGNOLIA TRACE APTS, LLC** | **CASE NO. 24-10901** |
| *Debtor* | **CHAPTER 11** |

## AMENDED CREDITOR MATRIX

**CREDITORS TO BE ADDED:**

Abby Theriot
P.O. Box 28
Erwinville, LA 70729

AOG Living
2051 Greenhouse Rd., Ste. 300
Houston, TX 77084

Arianna Rivera
101 Bridgetown Rd., Apt. A, Bldg. 15
Goose Creek, SC 29445

Baton Rouge Water
P.O. Box 96025
Baton Rouge, LA 70896-6025

Briquanzia Wallace
9989 Burbank Dr., Apt. C137
Baton Rouge, LA 70810

Carlissa Mealey
11585 North Harrells Ferry Rd.
Baton Rouge, LA 70816

Chadwell Supply, Inc.
4907 Joanne Kearney Blvd.
Tampa, FL 33619

Chelsy Payne
11070 Mead Rd.
Baton Rouge, LA 70816

Copper Ridge Apts, LLC
2080 North Lobdell Blvd.
Baton Rouge, LA 70806

Dazyra Allen
9895 Florida Blvd., Apt. 102
Baton Rouge, LA 70815

Durasteam, LLC
11920 Industriplex Blvd.
Baton Rouge, LA 70809

Expert Plumbing and Drain Services
20075 Jenny Holder Ln.
Livingston, LA 70754

Gabe Guerrero
9989 Burbank Dr.
Baton Rouge, LA 70810

GS Supply, LLC
4401 Downman Rd., Ste. A
New Orleans, LA 70126

HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150-9058

Ideal Appliance Parts, Inc.
10569 Florida Blvd.
Baton Rouge, LA 70815

Intersolutions, LLC
P.O. Box 780257
Philadelphia, PA 19178

Isiah Gilmore
23979 Walker South Rd.
Denham Springs, LA 70726

KNB Mechanical, LLC
1840 Monterrey Blvd.
Baton Rouge, LA 70815

Lasha Dunn
18123 Martha Dr.
Zachary, LA 70791

Lisa Knighten
4025 McGinnis Ferry Rd., #1603
Suwanee, GA 30024

Moshe Silber
46 Main St., Ste. 339
Monsey, NY 10952

Mullin Landscape Associates, LLC
c/o Christopher K. LeMieux
1100 Poydras St., Ste. 1100
New Orleans, LA 70163

Nayara Freitas Vinhal
11585 N Harrells Ferry Rd., Apt. 3401
Baton Rouge, LA 70816

Ohaisha Davis
11585 Harrells Ferry Rd., Apt. 5-1
Baton Rouge, LA 70816

Parish of East Baton Rouge
Sid J. Gautreaux, III
Sheriff and Tax Collector
P.O. Box 70
Baton Rouge, LA 70821

Rampart / Wurth Holding, Inc.
1700 City Farm Dr.
Baton Rouge, LA 70806

Redcap Staffing
PO Box 7850
Gainesville, GA 30504

Surface Works dba Surface Connection
201 Rue Beauregard, Ste. 202
Lafayette, LA 70508

Syms Construction, LLC
c/o Kenneth R. Whittle
Milling Benson, LLP
68031 Capital Trace Row
Mandeville, LA 70471

Tiger Carpet Steamers
20605 Benton Ln.
Livingston, LA 70754

Waste Management of Baton Rouge
P.O. Box 9001054
Louisville, KY 40290-1054

Woodale Glass Company
606 Carver Dr.
New Roads, LA 70760