## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:** | **Case No. 24-10901** |
| **MAGNOLIA TRACE APTS, LLC,** | **Chapter 11** |
| *Debtor*. | **Judge Michael A. Crawford** |

### CHAPTER 11 PROCEEDING MEMO AND MINUTES OF § 341(a) MEETING

1. **Date of Meeting**: November 21, 2024

2. **Appearances:**
   **Debtor(s):**     Elizabeth LaPuma, authorized agent of Debtor
   **Attorney(s) for Debtor(s):**  William Steffes, Esq.
   **Interested Party:**     Laura White of Rampart/Wurth Holding, Inc.
            Michael Ricci, Esq., representing Rampart/Wurth Holding, Inc.
   **UST Representative:**  Susan Kliebert, UST Auditor
   **Interested Party:**     Leigh Hoffman, Esq., on behalf of Crown Capital Holdings, LLC

3. **Attorney(s) for Debtor(s) (X) has ( ) has not filed fee disclosure statement pursuant to 11 U.S.C. § 329 and Rule 2016, Rules of Bankruptcy Procedure.**

4. **A Chapter 11 Creditors' Committee or Equity Security Holders' Committee ( ) has (X) has not been appointed pursuant to 11 U.S.C. § 1102.**

5. **Debtor(s) required to:**
   - Documentation evidencing appointment of Elizabeth LaPuma as the Debtor's representative or fiduciary.  Please provide by **December 5, 2024.**
   - Certificate of insurance reflecting all insurances, identifying the Office of the US Trustee as a party for notification purposes.  Please provide by **December 5, 2024.**
   - Organizational chart reflecting ownership interests in Debtor.  Please provide by **December 5, 2024.**
   - 2023 federal tax return.  Please provide by **December 5, 2024**, or provide the UST with an updated status on efforts to obtain same.
   - Debtor's balance sheet for 2023.  Please provide by **December 5, 2024.**
   - Provide an update to the UST of any outstanding Initial Debtor Interview documents by **December 5, 2024**.
   - Mortgage certificate prepared in the foreclosure litigation.  Please provide by **December 5, 2024.**

6. **Meeting concluded (X) Yes () No.**

-1-

7.      **Notes**:  The October 2024 monthly operating report is due on November 21, 2024.  Debtor is to attach monthly account statements for all non-debtor-in-possession accounts wherein the Debtor's income has been deposited.

| | |
|---|---|
| **START:**    **10:04 AM** | */s/Christy R. Bergeron* |
| **FINISH:**   **11:28 AM** | Christy R. Bergeron (La. Bar 22944) |
| **(Proceeding Recorded)** | **Presiding Officer** |
| | **Office of the U.S. Trustee** |
| | Tel: 504-589-2591 |
| | Email: Christy.Bergeron@usdoj.gov |