# United States Bankruptcy Court
## Middle District of Louisiana

In re **Magnolia Trace Apts, LLC**　　　　　　　　　　Case No. **24-10901**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bergenfield Investors LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 17% |
| **Magnolia Trace Apts MM, LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 10% |
| **RAYLBNT LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 17% |
| **RNBF Holdings, LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 19% |
| **RSBRM Apts, LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 19% |
| **Stonebridge Partner, LLC**<br>46 MAIN STREET, SUITE 339<br>Monsey, NY 10952 | Members | | 18% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　11/25/2024　　　　　　　　　　　　Signature　*/s/ Elizabeth LaPuma*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders