**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

**MAGNOLIA TRACE APTS, LLC**                              **CASE NO. 24-10901**

  *Debtor*                                                           **CHAPTER 11**

---

## CONSENT TO DISMISSAL AND MAINTAINING KEEPER

  **NOW INTO COURT**, through the undersigned counsel, comes the debtor, Magnolia Trace Apts, LLC ("Debtor"), who, with respect to the *Motion to Dismiss Case With Prejudice Pursuant to 11 U.S.C. § 1112, in addition to Motion For Sanctions Against Debtor's Purported Principal and Debtor's Counsel for Commencing This Case Without Proper Authority, in addition to Motion For Sanctions Under USC 28 Section 1927 Attorney Liability for Excessive Costs For Commencing This Case Without Proper Authority, in addition to Emergency Motion Excuse Keeper Pursuant to 11 U.S.C. 543(d)(1)* (the "Motion"), filed by Copper and Magnolia Property Owner LLC ("CMPO") on October 28, 2024 [Doc. 35], as modified by the *Stipulation* between the Debtor and CMPO filed on November 18, 2024 [Doc. 61], avers as follows:

1.

  The Debtor and its counsel expressly deny the alleged basis of lack of authority and bad faith set forth in the Motion as the reasons for seeking dismissal of this case; however, after having obtained information about operations of the Debtor's real property, *i.e.*, an apartment complex ("Property"), Debtor's management hereby consents to immediate dismissal of this case based upon substantial and continuing loss…and the absence of a reasonable likelihood of rehabilitation of the Debtor. 11 U.S.C. § 1112(b)(4)(A).  Furthermore, given the proposed immediate dismissal, the Debtor joins with CMPO in requesting that Rampart/Wurth Holding, Inc. dba Rampart Multifamily Management ("Rampart"), the state-court-appointed keeper of certain property of Debtor, be excused from turning over Debtor's Property pending dismissal of the case.

2.

The Debtor submits that dismissal, rather than conversion of the case, is in the best interest of creditors and the estate because; (a) there is no equity in the Property, which has been valued at $10,800,000 by recent appraisal and, together with a second property located at 2080 North Lobdell Blvd., Baton Rouge, East Baton Rouge Parish, LA known as Copper Ridge[1] that was recently appraised at $9,400,000, is encumbered by a $23,543,568 first mortgage in favor of CMPO, (b) there is little, if any, available cash or other assets of the estate, and (c) the occupancy of the Property is approximately 47%, a level at which the expenses of operation, before debt service, greatly exceed revenues.

**WHEREFORE**, the Debtor requests that the Court grant immediate dismissal of this case on the basis of substantial and continuing loss…and the absence of a reasonable likelihood of rehabilitation of the Debtor, deny any request for sanctions, and excuse Rampart/Wurth Holding, Inc. dba Rampart Multifamily Management from turning over Debtor's Property pending dismissal; and, for any and all other relief to which the Debor may be entitled.

    Respectfully submitted,

By: s/ William E. Steffes
    William E. Steffes (LA Bar No. 12426)
    THE STEFFES FIRM, LLC
    13702 Coursey Blvd., Building 3
    Baton Rouge, Louisiana 70817
    Telephone: (225) 751-1751
    Facsimile: (225) 341-1241
    E-mail:  bsteffes@steffeslaw.com

*Attorneys for Debtor*

---

[1] This property is owned by Copper Ridge Apts, LLC, debtor in the chapter 11 case pending before this court, *In re Copper Ridge Apts, LLC,* Case No. 24-10900.  The mortgage that secures the indebtedness to CMPO is cross-collateralized by both properties.